**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-2289**

THORNELL JOHNSON,

                    Plaintiff - Appellant,

          v.

NATIONSTAR MORTGAGE, LLC,

                    Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  George Jarrod Hazel, District Judge.
(8:14-cv-02536-GJH)

Submitted:  October 20, 2015          Decided:  October 22, 2015

Before MOTZ, KEENAN, and THACKER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Dmitry Balannik, TOUCHSTONE LAW FIRM, LLC, Rockville, Maryland,
for Appellant.  Craig R. Haughton, MCGUIREWOODS, LLP, Baltimore,
Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thornell Johnson seeks to appeal the district court's order granting defendant's motion to dismiss and, dismissing his complaint. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on October 21, 2015. The notice of appeal was filed on November 21, 2015. Because Johnson failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED